UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

CONSENT TO PROCEED BY VIDEO
CONFERENCE OR TELEPHONE
CONFERENCE

-v-

Yecaro Navarro

21-CR-00225 (MKV) (2)

Defendant(s).
-----------------------------------------------------------X

Defendant ___Yecaro Navarro___ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

✓ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

X _____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defense Counsel's Signature

___Yecaro Navarro___
Print Defendant's Name

___Barry Goldberg___
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

___4/19/21___
Date

___Mary Kay Vyskocil___
U.S. District Judge/U.S. Magistrate Judge