UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2023
```

UNITED STATES OF AMERICA,

-v.-

YERANO NAVARRO,

                Defendant.

21-cr-225-2 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a change of plea hearing on January 19, 2023 at 11:00 a.m. The hearing will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: January 9, 2023
       New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge