UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2023
```

UNITED STATES OF AMERICA,

-v.-

YERANO NAVARRO,

                Defendant.

21-cr-225-2 (MKV)

ORDER

MARY KAY VYSKOCIL, District Judge:

      Yesterday, January 17, 2023, the Court received a violation memorandum from Pretrial Services. Accordingly, IT IS HEREBY ORDERED that the Pretrial Services Officer shall appear at the hearing scheduled to take place in this case tomorrow, January 19, 2023 at 11:00 a.m. IT IS FURTHER ORDERED that the parties shall be prepared to address the violation memorandum before turning to any change of plea.

SO ORDERED.

Dated:   January 18, 2023
            New York, New York

                                                            *Mary Kay Vyskocil*
                                                            MARY KAY VYSKOCIL
                                                           United States District Judge