BARRY GOLDBERG, P.C.
ATTORNEY AT LAW
11 PARK PLACE, SUITE 1005
NEW YORK, NEW YORK 10007
(212) 269-2363

September 14, 2023

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY                                                VIA ECF

    Re:  United States vs.  Yerano Navarro
        Criminal Docket No 21-00225 (MKV)

Dear Judge Vyskocil:

    As the court is aware, I represent the above-referenced defendant, Yerano Navarro.  Mr. Navarro is scheduled to be sentenced on October 9, 2023.  At this time, Mr. Navarro is requesting an extension to his surrender date to any date in January 2024.  This request is made as Mr. Navarro would like to spend the holidays with his wife and children.  I have spoken to AUSA Matthew Shahabian and he has no objection to this request.  Thank you for your anticipated consideration in this matter.  If you have any questions, please feel free to contact my office.


Yours Truly,

*s/Barry Goldberg*

Barry Goldberg, Esq.

CC: AUSA MATTHEW SHAHABIAN

**Request Denied.**

SO ORDERED:

*Mary Kay Vyskocil*

Honorable Mary Kay Vyskocil

September 15, 2023